**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Morgan Cole,

Plaintiff,

v.

Intervet, Inc.,

Defendant.

Case No.: 1:26-cv-03636

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: August 18, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

*/s/ Russell Monilla*
By: Russell Monilla, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 850-404-0382
Email: rmonilla@ealg.law